UNITED STATES DISTRICT COURT          JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 16-6493-DMG (JCx) | Date | October 3, 2016 |
|---|---|---|---|
| Title | John Sloatman, III v. JPMorgan Chase Bank, et al. | | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NONE PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   IN CHAMBERS - ORDER AND NOTICE TO PARTIES

In light of Plaintiff's Notice of Voluntary Dismissal filed on September 30, 2016 [Doc. # 10], the Court hereby **DISMISSES** this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).  The order to show cause dated September 30, 2016 [Doc. # 9] is hereby DISCHARGED.

IT IS SO ORDERED.